UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MINALEAH A. KOFFRON,

     Plaintiff,

v.

PORTAGE PUBLIC SCHOOLS,
MARK BIELANG, Superintendent and
NATHAN A. LEDLOW, Interim Principal
of Portage Northern High School (in
their individual and governmental capacities).

     Defendants.

Civil Action No. _____

Hon. _____

Circuit Court Case No: 23-0168-CD

---

Marla A. Linderman Richelew (P55759)
LINDERMAN LAW PLLC
Attorneys for Plaintiff
531 Woodgrove Drive
Ann Arbor, MI 48103
(810) 220-0600
Email: lindermanlaw@sbcglobal.net

Mark T. Ostrowski (P49761)
Jessica M. Stark (P80647)
KLUCZYNSKI, GIRTZ & VOGELANG
Attorneys for Defendants
3033 Orchard Vista Dr. SE, Ste. 308
Grand Rapids, MI 49546
(616) 559-8649
Email: marko@kgvlaw.com

---

**ACKNOWLEDGMENT OF SERVICE OF NOTICE OF FILING REMOVAL**

     I, Mark T. Ostrowski, attorney for removing parties herein, hereby acknowledge service of Notice of Filing of a Notice of Removal of this action to the United States District Court, Western District of Michigan Southern Division, together with a copy of the Notice of Removal of such action, by causing same to be placed in the United States mail, first class postage fully prepaid thereon, on Marla Linderman Richelew, Attorney for Plaintiffs, 531 Woodgrove Drive, Ann Arbor, MI 48103 and via email at lindermanlaw@sbcglobal.net., and filing with the Kalamazoo County Circuit Court via email and regular mail.

Dated: March 30, 2023

KLUCZYNSKI, GIRTZ & VOGELZANG

By: _____
    Mark T. Ostrowski (P49761)
    Attorneys for Defendants
    3033 Orchard Vista Dr. SE, Ste. 308

1