UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MINALEAH A. KOFFRON,

    Plaintiff,

v.                                                      CASE No. 1:23-cv-327

                                                            HON. ROBERT J. JONKER

PORTAGE PUBLIC SCHOOLS, et al.,

    Defendants.

_____/

**ORDER**

    Plaintiff filed this suit in Kalamazoo County Circuit Court on March 27, 2023, seeking a TRO and Preliminary Injunction requiring Defendants to move her graduation date from May 26, 2023, to a date that is not a Jewish holy day.  She relied on both state and federal law.  The State Court entered a TRO and set a hearing date on further relief.  On March 30, 2023, Defendants removed the case to this Court.  Plaintiff has since filed a motion that asks this Court to decline supplemental jurisdiction over the State law claims and remand those claims to the Kalamazoo County Circuit Court.  (ECF No. 4).

    Defendants shall respond to this aspect of her motion no later than **Tuesday, April 4, 2023.** The Court will separately address the other aspects of her motion.

    **IT IS SO ORDERED.**


Dated:    March 31, 2023                    /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                            UNITED STATES DISTRICT JUDGE