

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN**

OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 202 W. Washington St. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | P.O. Box 698 |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

April 6, 2023

Kalamazoo County District Court
150 E Crosstown Parkway
Kalamazoo, MI 49001

    Re: Koffron v. Portage Public Schools et al
       Our Case No. 1:23-cv-327-RJJ-RSK
       Your Case No. 23-00168-CD

Dear Court Personnel:

Pursuant to the enclosed Order of Remand **regarding State law claims only** to your Court filed April 5, 2023, we are herewith sending certified copies of our order of remand and docket sheet.

The documents that make up the case file are available electronically through PACER. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this remanded case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope.  Thank you.

                Sincerely,

                CLERK OF COURT

                /s/ E. Siskind

                By: Deputy Clerk

Enclosures