VOLUNTARUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MINALEAH A KOFFRON,

 Plaintiff,                                             Case No. 1:23-cv-327

                                                        Hon. Robert J. Jonker

v

PORTAGE PUBLIC SCHOOLS,
MARK BIELANG, SUPERINTENDENT and
NATHAN A. LEDLOW, INTERIM PRINCIPAL
OF PORTAGE NORTHERN HIGH SCHOOL
(in their individual and governmental capacities)

Defendants.

| MARLA A. LINDERMAN (P55759) <br> Linderman Law PLLC <br> 531 Woodgrove Drive <br> Ann Arbor, MI 48103 <br> (810)220-0600 <br> lindermanlaw@sbcglobal.net <br> Attorney for Plaintiff | Mark T. Ostrowski <br> Kluczynski Girtz & Vogelzang <br> 3033 Orchard Vista Dr, SE, Ste. 308 <br> Grand Rapids, MI 49546 <br> (616) 459-0556 <br> Email: MarkO@kgvlaw.com <br> Attorney for Defendants |
|---|---|

## **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41 (a)(1)(A)(i) AND WITHDRAWAL OF PENDING MOTION**

Pursuant to Fed. Civ. Pro. R. 41 (1)(A)(i), as Plaintiff believes that her core requests can be sufficiently addressed in the pending state court matter, Plaintiff Minaleah A. Koffron, by and through her counsel, hereby give notice

that the above-captioned action, based on her federal claims only, is voluntarily dismissed against Defendants Portage Public Schools, Mark Bielang, Superintendent and Nathan A. Ledlow, Interim Principal of Portage Northern High School, (in their individual and governmental capacities). Plaintiff's state claims were returned to the Kalamazoo Circuit Court and remain pending there. With the voluntary dismissal, the pending motion is also dismissed.

Respectfully Submitted on April 11, 2023

LINDERMAN LAW PLLC
/s/ Marla Linderman Richelew
Marla Linderman Richelew (P55759)
531 Woodgrove Drive
Ann Arbor, MI 48103
(810) 220-0600
lindermanlaw@sbcglobal.net
Attorneys for Plaintiff

PROOF OF SERVICE

The undersigned certifies that the forgoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on this April 11, 2023 by the following method.

☐ US Mail        ☐ Fax ☐ Hand Delivered ☐ UPS
☐ Fed.Express    X E-file  Signature /s/ Marla Linderman Richelew